**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

──────────────

**No. 23-6190**

──────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAVID FRANCIS CLARK, a/k/a PREZ,

Defendant - Appellant.

──────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:19-cr-00152-CCE-1)

──────────────

Submitted:  August 29, 2023                    Decided:  September 1, 2023

──────────────

Before KING, AGEE, and BENJAMIN, Circuit Judges.

──────────────

Affirmed by unpublished per curiam opinion.

──────────────

David Francis Clark, Appellant Pro Se.

──────────────

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

David Francis Clark appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We review a district court's denial of a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). We have reviewed the record and conclude that the court did not abuse its discretion and sufficiently explained the reasons for the denial. *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of compassionate release motion). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*